UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT COPPOLA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>JON H. LARSON, et al.<br><br>Defendant. | Hon. Stanley R. Chesler, U.S.D.J.<br><br>Civ. No. 06-2138 (SRC)<br><br>**ORDER** |

**CHESLER, District Judge**

    **THIS MATTER** comes before the Court on the Plaintiffs' Motion for a Preliminary Injunction (docket item #2). The Court having considered the papers submitted by the parties, having heard the parties at oral argument on July 17, 2006, and for good cause shown,

    **IT IS THIS** 25th day of July 2006

    **ORDERED** that the Defendants are preliminarily enjoined and restrained Defendants from removing Karen Bosley from her position as Student Newspaper Advisor of the *Viking News*.

                                  s/ Stanley R. Chesler

                                  Stanley R. Chesler, U.S.D.J.